1002 

[No. 62399-1-I. Division One. August 8, 2011.]

GEORGE ABBAY ET AL., *Appellants*, v. AURORA PUMP COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-36537-1, Bruce E. Heller, J., entered August 14, 2008. *Reversed* and *remanded* by unpublished opinion per Schindler, J., concurred in by Leach, J.; Dwyer, C.J., concurring separately.

[No. 62778-3-I. Division One. August 8, 2011.]

MARY FUNG KOEHLER, *Appellant*, v. ALLSTATE INSURANCE COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-21367-8, Michael J. Trickey, J., entered November 19, 2009. *Affirmed* by unpublished opinion per Leach, J., concurred in by Dwyer, C.J., and Cox, J.

[Nos. 62996-4-I; 63554-9-I. Division One. August 8, 2011.]

MICHAEL FARROW ET AL., *Appellants*, v. ALFA LAVAL, INC., ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for King County, No. 08-2-07177-4, Dean Scott Lum, J., entered January 15, 2009. *Reversed* and *remanded* by unpublished opinion per Schindler, J., concurred in by Leach, J.; Dwyer, C.J., concurring separately.

[No. 64217-1-I. Division One. August 8, 2011.]

CHAD A. PIERCE, *Appellant*, v. THE CITY OF DES MOINES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-22973-2, Brian D. Gain, J., entered August 17, 2009. *Reversed* and *remanded* by unpublished opinion per Leach, J., concurred in by Dwyer, C.J., and Becker, J.